UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
E.R. and M.E. on behalf of B.E.,

                     Plaintiff,

        -against-

SMITHTOWN CENTRAL SCHOOL DISTRICT,

                     Defendant.

-------------------------------------------------------------X

**ORDER**
CV 07-1040 (LDW)(ARL)

**LINDSAY, Magistrate Judge:**

     Before the court is counsel for the plaintiff's request that the court schedule a conference so that the parties can enter into a stipulation regarding the payment of counsel's fees in a previously settled matter. That request is denied inasmuch as counsel's request is almost identical to two requests made to Judge Wexler, which are currently pending in that court.

Dated: Central Islip, New York
         November 21, 2007

**SO ORDERED:**

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge